PERETORE & PERETORE, P.C.
191 Woodport Road
Sparta, New Jersey 07871
(973) 729-8991
Attorneys for PNCEF, LLC dba PNC Equipment Finance f/k/a National City Commercial Capital Company, LLC

/s/ Frank Peretore, Esq.
Frank Peretore, Esq.
FP #7020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:  Case Number: 10-0744
PNCEF, LLC dba PNC EQUIPMENT FINANCE :
f/k/a NATIONAL CITY COMMERCIAL : Judge Robert M. Levy
CAPITAL COMPANY, LLC, :
:  ECF CASE
:
Plaintiff, :
:
vs. :
: ORDER
SHARP RADIOLOGY, P.C., CITY MEDICAL :
DIAGNOSTICS, P.C., d/b/a MRI METRO SCAN :
ALMA BUILDING LLC, and CHARLES L. :
COOPER, MD, :
:
Defendants. :
-----------------------------------------------------------------x

Plaintiff PNCEF, LLC dba PNC Equipment Finance f/k/a National City Commercial Capital Company, LLC having before the Honorable Robert M. Levy, United States District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York for an order holding Law Offices of Stella Mednik, Stella Mednik, and Sergey Gabinsky in contempt for failure to comply with the subpoenas attached to the Affidavit of Fredda Katcoff dated

November 9, 2010 as Exhibits A, D, and G ("the Subpoenas") and to compel each of them to produce all requested documents by December 9, 2010, and to appear for deposition on December 9, 2010 at Veritext Reporting Service, 1250 Broadway, Suite 2400, New York, New York and in the case of Sergey Gabinsky to respond to all questions pertinent to the finances of City Medical Diagnostics, P.C., and good cause appearing,

IT IS HEREBY ORDERED that Law Offices of Stella Mednik, Stella Mednik, and Sergey Gabinsky produce all documents responsive to the subpoenas on or before 9 a.m. on December 9, 2010 to Peretore & Peretore, P.C., 191 Woodport Road, Sparta, New Jersey 07871; and it is further

ORDERED that Stella Mednik and Sergey Gabinsky appear for deposition at 10 a.m. on December 9, 2010 at Veritext Reporting Service, 1250 Broadway, Suite 2400, New York, New York; and it is further

ORDERED that Sergey Gabinsky provide full and complete answers to all deposition questions regarding the finances of City Medical Diagnostics, P.C; and it is further

ORDERED that failure of Law Offices of Stella Mednik, Stella Mednik, and Sergey Gabinsky to comply with this Order shall subject them to sanctions, including contempt; and it is further

ORDERED that plaintiff shall serve by ordinary mail a copy of this Order on Law Offices of Stella Mednik, Stella Mednik, and Sergey Gabinsky within five days hereof.

_Robert Levy_ USMJ

Dated: November 24, 2010